# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                   )<br>            Plaintiff,                              )<br>                                                                   )<br>    v.                                                         )<br>                                                                   )<br>CERTAIN REAL PROPERTY LOCATED AT  )<br>41 DEWAYNES (A/K/A DEWAYNS) WAY,    )<br>GORHAM, MAINE, with all appurtenances   )<br>and improvements thereon,                         )<br>                                                                   )<br>            Defendant-in-rem.                     ) | Civ. No. 2:14-cv-00534-JAW |

## **DECREE OF FORFEITURE**

On December 18, 2014, a Verified Complaint for Forfeiture against the defendant-in-rem was filed on behalf of the plaintiff, United States of America, pursuant to the provisions of Title 21, United States Code, Section 881(a)(6).

It appears that process was fully issued in this action and returned according to law;

On April 24, 2015, Margherita Badeau was served through her attorney, with the Verified Complaint for Forfeiture, the Summons and Warrant of Arrest and Notice of the Forfeiture;

On June 2, 2015, a Settlement Stipulation was filed with the Court that provided, in part, that within 60 days after her execution of this Stipulation, Margherita Badeau would pay the sum of $41,000, by certified check, to the U.S. Marshals Service and agree to the forfeiture of these funds as a substitute res for the defendant-in-rem real property;

Between June 4, 2015 and July 3, 2015, notice of this action was published on the official government website www.forfeiture.gov;

    On July 27, 2015, Margherita Badeau delivered a check to the government for $41,000 payable to the US Marshals Service.

    The time frame for third part claimants has run and it appearing from the record, no other claims, contested or otherwise, have been filed against the defendant-in-rem and the time to do so has expired;

    NOW THEREFORE, on motion of the plaintiff, United States of America for a Decree of Forfeiture, it is hereby

    **ORDERED, ADJUDGED AND DECREED** that the $41,000 substituted for the defendant-in-rem is **FORFEITED,** as a substitute res, and no right, title or interest shall exist in any other person or entity;

    **IT IS FURTHER ORDERED** that the $41,000 shall be disposed of according to law.

                               **SO ORDERED,**

DATED: August 31, 2015                        /s/John A. Woodcock, Jr.
                                                    JOHN A. WOODCOCK JR.
                                                      UNITED STATES DISTRICT JUDGE